IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01644-EWN-BNB

NANCY ROBERTA HUGHES,

Plaintiff,

v.

GREGORY GENTRY, in his individual and official capacities,
ROBERT HART, in his individual and official capacities, and
CITY AND COUNTY OF DENVER,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The competing proposed scheduling orders were refused for the reasons stated on the record.

IT IS ORDERED that a supplemental scheduling conference is set for **October 29, 2008, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties jointly shall prepare a proposed scheduling order and submit it to the court on or before **October 27, 2008, at 12:00 noon.**

Dated October 21, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge