IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01644-CMA-BNB

NANCY ROBERTA HUGHES,

    Plaintiff,

v.

GREGORY GENTRY, in his individual and official capacities,
ROBERT HART, in his individual and official capacities, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER GRANTING DISMISSAL OF DEFENDANTS GENTRY AND HART

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss Defendants Gregory Gentry and Robert Hart (Doc. # 37). The Court has reviewed the motion and ORDERS as follows:

Defendants Gentry and Hart are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his or her own costs and attorney's fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Gregory Gentry and Robert Hart as defendants in this case.

DATED: December  2nd , 2008

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge