IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01644-CMA-BNB

NANCY ROBERTA HUGHES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1)(ii) and the Stipulated Motion for Dismissal With Prejudice (Doc. # 41) signed by the attorneys for the parties hereto it is

ORDERED that, all claims and controversies between Plaintiff Nancy Roberta Hughes and the remaining Defendant City and County of Denver having been resolved, this matter is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney fees.

DATED: January __13__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge